No. 191. FRANCIS *v.* CRAFTS. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that the petition for writ of certiorari should be granted. *Isadore H. Y. Muchnick* for petitioner. *W. Barton Leach* for respondent.

No. 181. DARGEL ET AL. *v.* BARR, ACTING DIRECTOR OF RENT STABILIZATION, ET AL. United States Emergency Court of Appeals. Sherrard, Director of Defense Rental Areas Division, Office of Defense Mobilization, substituted as a party respondent for Barr, Acting Director of Rent Stabilization. Certiorari denied. *Robert A. Kahn* for petitioners. *Acting Solicitor General Stern* and *Charles P. Liff* filed a memorandum for the Director of Defense Rental Areas Division, Office of Defense Mobilization, suggesting that the case has become moot.

No. 211. PRUDENCE-BONDS CORPORATION (NEW CORPORATION), SUCCESSOR TRUSTEE, ET AL. *v.* STATE STREET TRUST CO., TRUSTEE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Charles M. McCarty* and *Geo. C. Wildermuth* for the Prudence-Bonds Corporation, *Samuel Silbiger* for Eddy, and *Aaron Schwartz* for Beardsley, petitioners. *John Graham Brooks, A. Donald MacKinnon* and *William Eldred Jackson* for respondent.